IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHANIE BEKENDAM,       ) | |
|     Plaintiff,       ) | |
| vs.       ) | No. 3:21-CV-577-M-BH |
|            ) | |
| STATE OF TEXAS, et al.,       ) | |
|     Defendants.       ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

SIGNED this 17th day of June, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE